UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:19-CV-00123-DLB-EBA

MARY ANN MCGOWEN,　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF,

V.　　　　**SUPPLEMENT TO REPORT AND RECOMMENDATION**

ROBERT L. KENDRICK, *et al.*,　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT.

\*\*\* \*\*\* \*\*\* \*\*\*

On January 19, 2023, the undersigned issued a Report and Recommendation, recommending that the Court grant Defendant State Farm's Motion for Ruling on Choice of Law. [R. 135]. The parties are directed to 28 U.S.C. § 636(b)(1) for a review of appeal rights governing Recommended Dispositions issued by United States Magistrate Judges. Particularized objections to the Report and Recommendation must be filed with the Clerk of the Court within fourteen days of the date of service or further appeal is waived. Fed. R. Civ. P. 72(b)(2); *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005). A general objection that does not "specify the issues of contention" is not enough to satisfy the requirement of written and specific objections. *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995). Poorly drafted objections, general objections, or objections that require a judge's interpretation should be afforded no effect and are not enough to preserve the right of appeal. *Howard v. Secretary of HHS*, 932 F.2d 505, 508-09 (6th Cir. 1991). A party may respond to another party's objections within fourteen days of being served with a copy of those objections. Fed. R. Civ. P. 72(b)(2).

Signed January 23, 2023.



Signed By:
*Edward B. Atkins*　 EBA
United States Magistrate Judge