UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 19-123-DLB-EBA

MARY ANN MCGOWEN                                                                 PLAINTIFF

v.                                                    **ORDER**

ROBERT L. KENDRICK and
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY        DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon Defendant State Farm Mutual Automobile Insurance Company's Motion for Ruling on Choice of Law (Doc. # 114). The motion was referred to United States Magistrate Judge Edward B. Atkins for a Report and Recommendation. (Doc. # 118). Magistrate Judge Atkins recommends that the motion be granted, and that Ohio law shall apply to this Court's construction, interpretation, and enforcement of then-Defendant's American Family Insurance Company's policy. (Doc. # 135). No objections were filed. However, Plaintiff sought clarification of Magistrate Judge Atkins' findings. (Doc. # 139). The Report and Recommendation was subsequently supplemented to clarify that Ohio law applies to American Family Insurance Company's policy and in no way affects State Farm Mutual Automobile Insurance Company's policy or any other procedural matter before this Court. (Doc. # 148). Again, no objections were filed.

1

Accordingly, **IT IS HEREBY ORDERED** that Magistrate Judge Atkins' Report and Recommendation, and the supplement thereto (Doc. # 135 and 148) are **ADOPTED** as the opinion of the Court, and that Defendant State Farm Mutual Automobile Insurance Company's Motion for Ruling on Choice of Law (Doc. # 114) be **GRANTED**.

This 11th day of March, 2024.



Signed By:
David L. Bunning
United States District Judge

L:\DATA\ORDERS\Ashland Civil\2019\19-123 Order Adopting R&R.docx